# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>SALVADOR LOPEZ,<br><br>   Defendant. | No. CR04-2026-LRR<br><br>ORDER |

---

  This matter appears before the court on the defendant's "notice of appeal" (Docket No. 27). The defendant filed such pleading on October 3, 2005. In his "notice of appeal", the defendant makes clear that he disagrees with Chief Magistrate Judge John A. Jarvey's decision not to grant his request for records which correspond to his case. Consequently, the court deems it appropriate to characterize the defendant's "notice of appeal" as on objection pursuant to 28 U.S.C. § 636. *Cf.* Fed. R. Civ. P. 72. Because the defendant has not filed a motion pursuant to 28 U.S.C. § 2255 and no other matter is pending in this case, the court concludes the defendant is not entitled to the documents he requested.[1] Accordingly, the defendant's objection pursuant to 28 U.S.C. § 636 (Docket

---

[1] The court notes the defendant did not file an application to proceed in forma pauperis which complies with 28 U.S.C. § 1915.

No. 27) is overruled and the decision to deny the his request for documents stands.

**IT IS SO ORDERED**.

**DATED** this 1st day of December, 2005.

_____
LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA